DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

10 JUNE 2015

| | | | |
|---|---|---|---|
| 287P09-3 | State v. Jonathan E. Walker, Sr. | 1. Def's *Pro Se* Motion for Another Direct Appeal<br><br>2. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Dismissed as moot<br><br>**Jackson, J., recused** |
| 305P97-6 | State v. Egbert Francis, Jr. | Def's *Pro Se* PWC to Review Order of COA (COAP15-255) | Denied |
| 308P14 | David Allen Tilley v. North Carolina Post-Release Supervisor Parole Commissioner, Paul Butler, Tony Rand, and Brett Ross and Amy Porter (Parole Officers) | 1. Petitioner's *Pro Se* Motion for PDR (COAP14-361)<br><br>2. Petitioner's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Denied<br><br>2. Allowed |
| 315PA13-2 | State v. Travis Kenyel Sanders | Def's PDR Under N.C.G.S. § 7A-31 (COA14-532) | Denied |
| 316P06-2 | State v. Ian Aulden Campbell | 1. Def's Petition for *Writ of Certiorari* to Review Order of Superior Court of Wake County<br><br>2. Def's Motion to Hold Petition for *Writ of Certiorari* in Abeyance | 1. Dismissed<br><br>2. Dismissed as moot<br><br>**Hudson, J., recused** |
| 331P01-4 | State v. Nicholas Nathaniel Cauley | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Dare County<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as moot |
| 354P13-2 | State v. Steven R. Ramirez | Def's *Pro Se* Petition for *Writ of Mandamus* | Dismissed |